UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Wilmen Mendez Geraldo**
**V.**

CIVIL ACTION NO. 1:26-cv-11861-MJJ


**Wesling et al**

**ORDER OF DISMISSAL**


**JOUN, D.J.**

In accordance with the Respondents' Status Report dated May 6, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


May 6, 2026

/s/ Sophie Phillips
---------------------------
**Deputy Clerk**